**SO ORDERED.**

**SIGNED this 30 day of December, 2019.**



_____
Joseph N. Callaway
United States Bankruptcy Judge

_____

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## GREENVILLE DIVISION

IN RE:

CHARLIE AURSBY, JR.                                      CASE NO. 16-05269-5-JNC
                                                                                                  CHAPTER 13

        DEBTOR.

## CONSENT ORDER

THIS MATTER comes to be heard upon the Successor Trustee's Motion for Turnover of Erroneous Disbursements ("Motion"), filed in this matter on September 19, 2019; and

IT APPEARING to the Court that trustee disbursements were erroneously made in this case to attorney Leslie Locke Craft ("Craft") in the total amount of $4,645.00; and

IT FURTHER APPEARING to the Court that, while Craft was not at fault for accepting the disbursements, she has nevertheless agreed to repay the erroneously paid amounts into the debtor's chapter 13 estate, as evidenced by her signature below; and

IT FURTHER APPEARING to the Court that the terms of the Consent Order are reasonable and appropriate, and that they should be approved; now, therefore

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Craft shall repay the amounts erroneously paid to her in this matter by making bi-monthly payments to the trustee, for

payment into the bankruptcy estate, in the amount of $2,032.50 each.  These payments shall be made in January, March, and May of 2020, and shall be made by Craft on or before the last day of the calendar month in which each payment first comes due.

**WE CONSENT:**

| | |
|---|---|
| /s/Joseph A. Bledsoe, III | /s/Leslie Locke Craft |
| Joseph A. Bledsoe, III | Leslie Locke Craft |
| Chapter 13 Trustee | Attorney at Law |
| P.O. Box 1618 | 3202 Sunset Avenue #B |
| New Bern, NC  28563-1618 | Rocky Mount, NC  27804 |
| (252) 633-0074 | (252) 443-0885 |
| NC State Bar No. 19817 | NC State Bar No.  13021 |
| jbledsoe@bledsoe13.com | lesliecraft@embarqmail.com |

**END OF DOCUMENT**